IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHRYN BRENNAN-BRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV712 |
| | ) | |
| MARSH & McLENNAN COMPANIES, INC. BENEFITS ADMINISTRATION COMMITTEE, et al., | ) ) ) | CONSOLIDATION ORDER |
| | ) | |
| Defendants. | ) | |
| KATHRYN BRENNAN-BRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV713 |
| | ) | |
| MARSH & McLENNAN COMPANIES, INC. BENEFITS ADMINISTRATION COMMITTEE, et al., | ) ) ) | CONSOLIDATION ORDER |
| | ) | |
| Defendants. | ) | |

Upon review of the parties' joint motions for consolidation, the court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

**IT IS ORDERED** that the motions for consolidation are granted, as follows:

1. Cases Nos. 8:06cv712 and 8:06cv713 are hereby consolidated for discovery, trial, and all other purposes. The cases will be tried to the court in Omaha, Nebraska.

2. Case No. 8:06cv712 is hereby designated as the "Lead Case." Case No. 8:06cv713 is hereby designated as the "Member Case."

3. The court's CM/ECF System now has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases. To this end, the parties are instructed to file all further documents (except those described in paragraph 4) in the Lead Case, No. 8:06cv712, and to select the option "yes" in response to the System's question whether to spread the text.

    4.   The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

    5.   If a party believes that an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

**DATED October 11, 2007.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**