IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHRYN BRENNAN-BRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV712 |
| | ) | |
| MARSH & McLENNAN COMPANIES, INC. BENEFITS ADMINISTRATION COMMITTEE, et al., | ) ) ) ) | AMENDED FINAL PROGRESSION ORDER |
| Defendants. | ) | |
| KATHRYN BRENNAN-BRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV713 |
| | ) | |
| MARSH & McLENNAN COMPANIES, INC. BENEFITS ADMINISTRATION COMMITTEE, et al., | ) ) ) ) | AMENDED FINAL PROGRESSION ORDER |
| Defendants. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to amend the progression order and to continue trial is granted, as follows:

1. Defendant shall file with the Court the relevant benefit plans and Administrative Record no later than **October 22, 2007.**

2. Plaintiff is given until and including **November 19, 2007** to file any response or objection, if any, to the relevant benefit plans and Administrative Record.

3. **Motions for Summary Judgment.**

   a. On or before **November 19, 2007**, Plaintiff shall file with the Court any motions for summary judgment with any supporting brief she intends to file.

b. Defendants shall file their motion for summary judgment and supporting brief no later than **December 19, 2007.** Said brief shall contain Defendants' response to Plaintiff's motion for summary judgment.

c. No later than **January 9, 2007**, Plaintiff shall file her response to Defendants' motion to summary judgment and include her reply to Defendants' response to Plaintiff's motion for summary judgment;

d. Defendants may file a brief in reply to Plaintiff's brief in response to Defendants' motion for summary judgment on or before **January 30, 2007.**

4. The non-jury trial now set for February 19, 2008 is continued to **April 15, 2008.**

**DATED October 15, 2007.**

                         **BY THE COURT:**

                         **s/ F.A. Gossett**
                         **United States Magistrate Judge**