IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHRYN BRENNAN-BRICK, | ) | Case No. 8:06CV712 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARSH & McLENNAN COMPANIES, INC., BENEFITS ADMINISTRATION COMMITTEE, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| KATHRYN BRENNAN-BRICK, | ) | Case No. 8:06CV713 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARSH & McLENNAN COMPANIES, INC., BENEFITS ADMINISTRATION COMMITTEE, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Matthew Enenbach, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **January 21, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for March 14, 2008, is cancelled upon the representation that this case is settled.

Dated this 19th day of December 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge