IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHRYN BRENNAN-BRICK, | ) | CASE NO. 8:06CV712 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARSH & MCLENNAN COMPANIES, INC. BENEFITS ADMINISTRATION COMMITTEE, and MARSH MCLENNAN COMPANIES LONG TERM DISABILITIES BONUS INCOME PLAN, | ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KATHRYN BRENNAN-BRICK, | ) | CASE NO. 8:06CV713 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARSH & MCLENNAN COMPANIES, INC. BENEFITS ADMINISTRATION COMMITTEE, MARSH MCLENNAN COMPANIES BASIC LONG TERM DISABILITY PLAN, and MARSH MCLENNAN COMPANIES OPTIONAL LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Stipulation for Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Case No. 8:06CV712, Filing No. 51; and Case No. 8:06CV713, Filing No. 45) is approved, and the relief requested therein is granted;

2. All pending motions are denied as moot;

3. The Amended Complaints and all claims in these actions are dismissed with prejudice; and

4. The parties will pay their own costs and attorney fees.

DATED this 14th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge